

# NUMBER 13-17-00134-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GRUPO MEXICO S.A.B. DE C.V.,                                    Appellant,

v.

MT. MCKINLEY INSURANCE COMPANY
AND EVEREST REINSURANCE COMPANY,                    Appellees.

## On Appeal from the 319th District Court
## of Nueces County, Texas.

# ORDER

### Before Justices Rodriguez, Contreras, and Hinojosa
### Order Per Curiam

This cause is before the Court on appellant's unopposed motion to review and copy sealed portions of the record and appellees' unopposed motion to review and copy sealed portions of the record. On December 22, 2017, the trial court issued an order sealing court records. The order states that the sealed documents will not be otherwise disclosed or permitted to come into the possession, control, or knowledge of any person

other than the attorneys of record for the parties in this case, the regular staff of the parties' attorneys, certified court reporters and their staff, and the personnel of the court.

On February 7, 2018, the district clerk filed a third supplemental clerk's record under seal. The parties believe the third supplemental clerk's record consists of materials sealed pursuant to the December 22, 2017 trial court order. The parties are requesting access to the third supplemental clerk's record in order to adequately brief the issues and confirm that the record before the Court is complete, or whether further supplementation is needed.

The Court GRANTS appellant's unopposed motion to review and copy sealed portions of the record. The Court GRANTS appellees' unopposed motion to review and copy sealed portions of the record. Counsel for appellant and appellees are ordered to abide by the December 22, 2017 sealing order of the trial court. Counsel is further ordered to maintain the confidentiality of the information contained in the third supplemental clerk's sealed record and is prohibited from disseminating the sensitive information contained within the sealed record.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
16th day of March, 2018.